# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 18, 2025

*By the Court:*

| | |
|---|---|
| No. 25-3050 | MARGARITO CASTANON NAVA, et al.,<br><br>Plaintiffs - Appellees<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03757<br>Northern District of Illinois, Eastern Division<br>District Judge Jeffrey I. Cummings | |

The following is before the court: **EMERGENCY MOTION FOR A STAY PENDING APPEAL AND IMMEDIATE ADMINSTRATIVE STAY**, filed on November 17, 2025, by counsel for the appellants.

**IT IS ORDERED** that the appellees shall respond to the motion for administrative stay and stay pending appeal by Wednesday, November 19, at 12pm.

form name: **c7_Order_BTC**     (form ID: **178**)