# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 20, 2025

*By the Court:*

| No. 25-3050 | MARGARITO CASTANON NAVA, et al., Plaintiffs - Appellees v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03757 Northern District of Illinois, Eastern Division District Judge Jeffrey I. Cummings | |

1. **EMERGENCY MOTION FOR A STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on November 17, 2025, by counsel for the appellants,

2. **APPELLEES' OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on November 19, 2025, by counsel for the appellees.

3. **REPLY IN SUPPORT OF EMERGENCY MOTION FOR A STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on November 20, 2025, by counsel for the appellants.

**IT IS ORDERED** the district court's October 7 and November 13 orders (docket nos. 214 and 247) are administratively **STAYED** pending further order of this court.

**IT IS FURTHER ORDERED** that argument on the motion for stay pending appeal is set for Tuesday, December 2, 2025, at 1:00 p.m. Time for oral argument will be limited to 20 minutes per side.

form name: **c7_Order_BTC**    (form ID: **178**)