# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 15, 2025

No. 25-3050

*By the Court:*

| | |
|---|---|
| MARGARITO CASTAÑON-NAVA, et al., *Plaintiffs-Appellees*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 1:18-cv-3757 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants-Appellants*. | Jeffrey I. Cummings, *Judge*. |

**O R D E R**

In light of this court's opinion issued on December 11, 2025, **IT IS ORDERED** that the expedited briefing schedule shall proceed as follows:

1. The brief and required short appendix of the appellants are due by January 5, 2026.
2. The brief of the appellees is due by January 20, 2026.
3. The reply brief of the appellants, if any, is due by January 26, 2026.

When a date and time for oral argument is set, this court will issue a separate order informing the parties of the scheduled date.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).