# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 5, 2026

*Before*

THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 25-3050 | MARGARITO CASTANON NAVA, et al.,<br>Plaintiffs - Appellees<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Defendants - Appellants |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03757<br>Northern District of Illinois, Eastern Division<br>District Judge Jeffrey I. Cummings | |

We **AFFIRM** the October 7 order insofar as it extended the Consent Decree by 118 days. We also **AFFIRM** the November 13 order to the extent it orders the release of class members for whom a determination has been made that they were arrested without a warrant in contravention of 8 U.S.C. § 1357(a) and the Consent Decree. That said, we **REVERSE** the November 13 order to the extent it requires the release of "potential class members" and any person who was arrested pursuant to an I-200 warrant (defective or otherwise). The above is in accordance with the decision of this court entered on this date. Each party bears its own costs.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)