# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 17, 2026

Before
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| | MARGARITO CASTANON NAVA, et al., <br> Plaintiffs - Appellees |
| No. 25-3050 | v. |
| | U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03757 <br> Northern District of Illinois, Eastern Division <br> District Judge Jeffrey I. Cummings | |

Upon consideration of the **DEFENDANTS–APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING OR REHEARING EN BANC**, filed on June 16, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Appellants shall file any petition for rehearing by July 22, 2026.

form name: **c7_Order_3J**    (form ID: **177**)